UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARIF KING,

               Plaintiff,

-against-

C.O. WILLIAM GARCIA, JR.,

               Defendant.

**ORDER**

21-CV-09118 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Initial Pretrial Telephone Conference held on December 20, 2022. Plaintiff, proceeding *pro se*, and counsel for Defendant appeared by telephone. A Civil Case Discovery Plan and Scheduling Order will be docketed separately. Defendant shall file a letter by 5:00 p.m. on January 20, 2023, advising the Court as to the status of settlement. Defendant is also directed to mail to Plaintiff.: (i) a copy of the Civil Case Discovery Plan and Scheduling Order; and (ii) a copy of this Order.

                                        **SO ORDERED:**

Dated:  White Plains, New York
            December 20, 2022

                                        PHILIP M. HALPERN
                                        United States District Judge