UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHARIF KING,

                       Plaintiff,

v.                                                **ORDER**

C.O. WILLIAM GARCIA, JR,                21-cv-09118 (PMH)

                       Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court entered an Order on December 20, 2022 following the Initial Pretrial Conference in this matter, which was mailed to the *pro se* Plaintiff by the Clerk's Office. (Doc. 44). The Court entered a Civil Case Discovery Plan and Scheduling Order on December 21, 2022, which was again mailed to Plaintiff by the Clerk's Office. (Doc. 45). Both of those mailings were returned as "Attempted - Not Known Unable To Forward" on January 30, 2023.

      Defendant wrote to the Court on January 4, 2023 and January 18, 2023, each time advising that Plaintiff had been released from incarceration and stating that Defendant was unable to make contact with him. (Docs. 46; 47). The Court directed that Defendant continue to attempt to locate and contact Plaintiff. (Doc. 49). Defendant wrote again on February 15, 2023, advising that he had procured an address for Plaintiff through Plaintiff's parole officer but that Plaintiff had not responded to mail that was sent there. (Doc. 50). Plaintiff has failed to enter a new address on the docket and has not contacted the Court or Defendant since December 20, 2022.

      Plaintiff is accordingly directed to submit a letter by March 17, 2023, notifying the Court if his address has changed. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address, and that failure to respond to this Court's Order will result in dismissal of his case pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF, as well as the following address identified by Defendant:

Sharif King
470 Malcolm X Blvd. Apt. 9K
New York City, New York 10037

**SO-ORDERED**:

Dated: White Plains, New York
February 17, 2023

_____
Philip M. Halpern
United States District Judge